# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Thomas E. Townsley
Attorney at Law
711 Pujo Street
Lake Charles LA 70601

**REHEARING ACTION: December 5, 2007**

**Docket Number: 07  00313-WCA**

**EVERGREEN PRESBYTERIAN MINISTRIES**
**VERSUS**
**BRENDA WALLACE**

**Appealed from Office of Workers' Compensation - # 3 Case No. 03-07473**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Elizabeth A. Pickett**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brenda Wallace** has this day been

> **DENIED.**
> Saunders, J., would grant.

cc: Charles V. Musso  Jr., Counsel for the Appellee